**Order filed August 1, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00836-CV

_____

## IN THE INTEREST OF J.P. AND J.P., MINOR CHILDREN

---

**On Appeal from the 245th District Court
Harris County, Texas
Trial Court Cause No. 2010-81181**

---

## ORDER

On May 11, 2017, appellant filed a brief that is not in compliance with the Texas Rules of Appellate Procedure. The brief does not contain:

- a list of all parties to the judgment and the names and address of their trial and appellate counsel;

- an index of authorities;

- a complete statement of the case (the section entitled "Statement of the Case" merely identifies the judgment on appeal);

- a statement of facts with citations to the record;

- a summary of the legal argument (the section entitled "Summary of the Argument" lists evidence appellant contends the trial court should have considered);

- a clear and concise argument for the contentions made, with appropriate citations to authorities and the record; or

- the contents required to be in the appendix.

*See* Tex. R. App. P. 38.1(a), (c), (d), (g), (h), (i), and (k).

Accordingly, we order appellant's brief filed May 11, 2017, **STRICKEN**. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure by **August 31, 2017**. *See* Tex. R. App. P. 38.9(a).

If appellant files another brief that does not comply with Texas Rule of Appellate Procedure 38.1, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Donovan

2